**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1792**

_____

PAUL COLLINS YONGO,

　　　　Plaintiff - Appellant,

　　　v.

THE HONORABLE JOHN MCHUGH, in his official capacity as
Secretary of the Army; DEPARTMENT OF THE TREASURY, Financial
Management Service; J. HORNE, in his official capacity as a
military pay technician; DEPARTMENT OF DEFENSE; UNITED
STATES OF AMERICA,

　　　　Defendants - Appellees,

　　　and

DEPARTMENT OF THE ARMY; THE HONORABLE ROBERT GATES; DEFENSE
ACCOUNTING & FINANCIAL SERVICES,

　　　　Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.　James C. Fox, Senior
District Judge. (5:10-cv-00220-F)

_____

Submitted: September 24, 2013　　　Decided: October 1, 2013

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul Collins Yongo, Appellant Pro Se.  Matthew Fesak, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Collins Yongo appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Yongo v. McHugh, No. 5:10-cv-00220-F (E.D.N.C. May 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED